David P. Finn, Esq. (Cal. Bar No. 249247)
david@finntrialattorneys.com
FINN TRIAL ATTORNEYS, APC
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4805

Alvin M. Gomez, Esq. (Cal. Bar No. 137818)
alvingomez@thegomezlawgroup.com
Boris Smyslov, Esq. (Cal. Bar No. 297252)
boris@thegomezlawgroup.com
GOMEZ LAW GROUP, P.C.
2725 Jefferson Street, Suite 3
Carlsbad, CA 92008
Telephone: (858) 552-0000
Facsimile: (760) 542-7761

Attorneys for Plaintiffs V. R., a minor, and Victor Rendon Sr.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. R., a minor, by and through his Guardian Ad Litem, BELINDA STORNIOLO; and VICTOR RENDON SR., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; EVAN CAREY; CHALIT CARRANTO; THOMAS COOK; DARRYL PATMON; FANK SPINELLI; DEREK TRUMBO; MANUEL ZAMORA; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 25cv1660 BJC DDL <br><br> **Declaration of Belinda Storniolo Pursuant to Section 377.32 of the Code of Civil Procedure** |

I, Belinda Storniolo, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in

1  this declaration, and if called as a witness I could and would testify competently to
2  the truth of the facts stated herein.
3  2. On November 15, 2024, Victor Rendon Jr. died in San Diego County, California.
4  3. No proceeding is now pending in the State of California for the administration of
5  the Estate of Victor Rendon Jr.
6  4. Plaintiff V.R. is a minor and a successor in interest to Victor Rendon Jr., the
7  decedent as defined by Section 377.11 of the Code of Civil Procedure and succeeds
8  to the interest of Victor Rendon Jr. on his behalf in this proceeding.
9  5. I am mother and guardian ad litem, for Plaintiff V. R., and am authorized to act on
10 behalf of the decedent's successor in interest (as defined in Section 377.11 of the
11 California Code of Civil Procedure) with respect to the decedent's interest in the
12 action or proceeding.
13 6. To my knowledge, no other person has a superior right to commence the action or
14 proceeding or to be substituted for the decedent in the pending action or
15 proceeding.
16 7. A certified copy of the death certificate for Victor Rendon Jr. is attached hereto as
17 Exhibit A and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 1, 2025, at San Diego, California.

*Belinda Storniolo*
_____
Belinda Storniolo

**Dropbox Sign**                                                                                          Audit trail

| | |
|---|---|
| Title | Declaration.Storniolo.09-29-25.pdf |
| File name | Declaration.Storniolo.09-29-25.pdf |
| Document ID | 1b45e5de0995c90180e2a025af158f343390e195 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
09 / 30 / 2025
17:20:46 UTC

Sent for signature to Belinda Storniolo (■■■■■■■■■■■■■■■■■■■■) from casesupport@finntrialattorneys.com
IP: 190.62.87.164

**VIEWED**
10 / 01 / 2025
05:05:46 UTC

Viewed by Belinda Storniolo (■■■■■■■■■■■■■■■■■■■■)
IP: 172.114.182.108

**SIGNED**
10 / 01 / 2025
05:08:00 UTC

Signed by Belinda Storniolo (■■■■■■■■■■■■■■■■■■■■)
IP: 172.114.182.108

**COMPLETED**
10 / 01 / 2025
05:08:00 UTC

The document has been completed.

Powered by **Dropbox Sign**